Eastern District of Kentucky
**FILED**

JUL 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

CRIMINAL ACTION NO. 6:26-099-SCM

UNITED STATES OF AMERICA                                   PLAINTIFF

V.                          **MOTION OF UNITED STATES**
                  **FOR ISSUANCE OF ARREST WARRANT**

BRYAN CANTRELL                                             DEFENDANT

*     *     *     *     *

The United States moves for the issuance of an arrest warrant for the presence of

the Defendant, **BRYAN CANTRELL**, returnable forthwith.

                        Respectfully submitted,

                        JASON D. PARMAN
                        FIRST ASSISTANT UNITED STATES ATTORNEY

                   By: _____
                        Justin E. Blankenship
                        Assistant United States Attorney
                        601 Meyers Baker Road, Suite 200
                        London, Kentucky 40741
                        Phone: (606) 330-4829
                        Fax: (606) 864-3590
                        Justin.blankenship2@usdoj.gov